197 So.2d 652

## COATING SPECIALISTS, INC.

v.

## PAT CAFFEY CONTRACTOR, INC., and Royal Indemnity Company.

### No. 48638.

May 1, 1967.

In re: Pat Caffey Contractor, Inc., and Royal Indemnity Company applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 194 So.2d 380.

Writ refused. On the facts found by the Court of Appeal, there is no error of law in its judgment.

197 So.2d 652

## Jerry C. BONHAGEN

v.

## Lewis E. HOOPER, Jr., et al.

### No. 48653.

May 1, 1967.

In re: Jerry C. Bonhagen applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Jefferson. 195 So.2d 447.

Writ refused. On the facts found by the Court of Appeal we find no error of law in its judgment.

SANDERS and SUMMERS, JJ., are of the opinion that a writ should be granted.

197 So.2d 652

## In the Interest of the Minors Kimberly Lynn and Cynthia FISCHBEIN.

### No. 48639.

May 1, 1967.

In re: Mrs. Mae Roache, wife of and Charles H. Fischbein applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Jefferson. 194 So.2d 388.

Writ refused. On the facts found by the Court of Appeal, there is no error of law in the judgment complained of.